UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

CHEVEZ DERELLO,
                            Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 505-7 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/25

      Effective February 5, 2025, John S. Wallenstein, Esq., is re-appointed as defendant Chevez Derello's attorney pursuant to the Criminal Justice Act for purposes of the pending violation of supervised release proceeding.

Dated: February 7, 2025
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge