UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

CHEVEZ DERELLO,
                      Defendant.
--------------------------------------------------------x

**ORDER**

17 CR 505-7 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/25

      For the reasons set forth on the record at a hearing held on February 13, 2025, which was attended by defendant Derello, his attorney, and the government's attorney, the Court amended the conditions of supervised release by adding the following special condition:

      The defendant shall be monitored by the form of location monitoring indicated below and must abide by all technology requirements, and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer:
      Home detention with location monitoring as directed by the probation officer. The selected form of location monitoring technology must be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release—the defendant is restricted to his residence at all times except for employment and mental health treatment (including counseling), and other activities as pre-approved by the probation officer.

Dated: February 18, 2025
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge