USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/25

LAW OFFICES
# JOHN S. WALLENSTEIN
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600  FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

May 19, 2025

**BY ECF**

Hon. Vincent L. Briccetti
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 5/19/25
White Plains, NY

The 5/21/25 VOSR conference is adjourned to 6/10/2025 at 11:00 a.m.

Re:   United States v. Chevez Derello
      Docket # 17 CR 505 (VB)

Dear Judge Briccetti;

A hearing with respect to this pending Violation of Supervised Release is scheduled for May 21. This VOSR is based in large part on Mr. Derello's pending state case, which has been adjourned to May 29. The Government, Probation and I all agree that this should be adjourned pending resolution of the state case.

Therefore, I respectfully request that the VOSR hearing be adjourned until June 10, 2025 at 11:00, a date and time on which all parties are available. Ms. Hilbert confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

John S. Wallenstein
JOHN S. WALLENSTEIN

cc:   AUSA Shaun Werbelow
      USPO Erica Cudina